UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Guy Philip DiGrazia</u>

    v.                                                       Case No. 22-cv-441-JL

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 5, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: December 27, 2022

cc: Guy Philip DiGrazia, pro se